IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 22-CR-10012 |
| AARON J. ROSSI, | ) Title 26, United States Code, |
| | ) Section 7206(1). |
| Defendant. | ) |

## INDICTMENT

**The Grand Jury charges:**

### COUNT 1
(Making and Subscribing a False Tax Return)

1. On or about April 15, 2016, in the Central District of Illinois and elsewhere,

**AARON J. ROSSI**,

defendant herein, a resident of Bloomington, Illinois, did willfully make and subscribe and caused to be filed with the IRS, a joint U.S. Individual Income Tax Return, Form 1040, for calendar year 2015 which was verified by a written declaration that it was made under the penalties of perjury and which he did not believe to be true and correct as to every material matter, that Form 1040, which was prepared and signed in the Central District of Illinois and was filed with the

Internal Revenue Service, reported taxable income of $324,836, whereas as he then and there knew, he received income in addition to the amount stated in the return.

In violation of Title 26, United States Code, Section 7206(1).

## COUNT 2
(Making and Subscribing a False Tax Return)

2. On or about May 22, 2017, in the Central District of Illinois and elsewhere,

**AARON J. ROSSI,**

defendant herein, a resident of Bloomington, Illinois, did willfully make and subscribe and caused to be filed with the IRS, a single U.S. Individual Income Tax Return, Form 1040, for calendar year 2016 which was verified by a written declaration that it was made under the penalties of perjury and which he did not believe to be true and correct as to every material matter, that Form 1040, which was prepared and signed, and he caused to be signed, in the Central District of Illinois and was filed with the Internal Revenue Service, reported taxable income of $500,341, whereas as he then and there knew, he received income in addition to the amount stated in the return.

In violation of Title 26, United States Code, Section 7206(1).

## COUNT 3
(Making and Subscribing a False Tax Return)

3. On or about July 30, 2018, in the Central District of Illinois and elsewhere,

**AARON J. ROSSI**,

defendant herein, a resident of Bloomington, Illinois, did willfully make and subscribe and caused to be filed with the IRS, a joint U.S. Individual Income Tax Return, Form 1040, for calendar year 2017 which was verified by a written declaration that it was made under the penalties of perjury and which he did not believe to be true and correct as to every material matter, that Form 1040, which was prepared and signed, and he caused to be signed, in the Central District of Illinois and was filed with the Internal Revenue Service, reported taxable income of $472,180, whereas as he then and there knew, he received income in addition to the amount stated in the return.

In violation of Title 26, United States Code, Section 7206(1).

A TRUE BILL.
s/Foreperson

FOREPERSON

s/Douglas McMeyer

GREGORY K. HARRIS
United States Attorney
kgl/DFM

3