IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 22-CR-10012 |
| AARON J. ROSSI, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## MOTION FOR SUBSTITUTION OF COUNSEL

The United States of America, by Assistant United States Attorney Tanner K. Jacobs, moves the Court to substitute his appearance for Assistant United States Attorney Katherine G. Legge in this matter.

    Respectfully submitted,

    GREGORY K. HARRIS
    UNITED STATES ATTORNEY

By:   */s/ Tanner K. Jacobs*
      Tanner K. Jacobs, PA Bar No. 319265
      Assistant United States Attorney
      United States Attorney's Office
      318 South 6th Street
      Springfield, IL 62701
      Telephone: (217) 492-4450
      Email: tanner.jacobs@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2022, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

*/s/ Tanner K. Jacobs*
Tanner K. Jacobs
Assistant United States Attorney